Date: 10/6/2023

To: Citizens of the United States

Re: Steven Dragoo Character letter

From: Rodman Brandt

    I would like to express my opinion on the the character of Steven Dragoo. I have know Steven since the late 1990's. He is a local businesman that runs a union electrical contractor company that employs 20-30 people at any given time. Steven will always go out of his way to help out someone in need. With the tools and knowlege he has been blessed with over the years he often will go out of his way to make sure whomever is taken care of. If someone is without heat or AC in there house he will make sure that it gets fixed and they are comfortable, many times at his own expense. Ive never known Steve to break the law or be a problem maker but do recognize him as a strong law abiding leader in our community. Many freinds,family and employees count on Steve every day to get through life.

thanks

Rodman Brandt

1

I have known Steve Dragoo since the late 1970's and he has been a customer of mine since 1981. Steve is always a pleasure to work with and very honest and fair in working with our company. I know him to also be a great family man, husband, and father and is a great asset to our community. There are people in my life who always make you feel good and pick you up by just being with them. Steve is one of those people.

Dan Humphreys

St. Joseph, Mo.

From: Mr. Jerry Gentry

To Whom it may concern,

I am submitting this letter as a character witness and reference for Mr. Steve Dragoo.

I have known Mr. Dragoo for almost forty (40) years. We worked together in the IBEW as Licensed Electricians starting back in 1984. Over the past 40 years I have known Steve on a personal and professional level. I have always known him to be an Honest, Hard Working, Professional, Upstanding and Moral Member of our community. He is solid in his faith as a Christian and has been a dedicated Husband and Father. I have never seen or heard of any instance where he has broken the laws of our society or been dishonest or corrupt in any way. Steve is a successful Business Owner and is well known and respected amongst his peers and clients. He has always displayed stellar Business Ethics and has contributed in many ways to our local community. Steve volunteers regularly at his Church and has served on local community betterment teams. I have been a Business Professional in the St. Joseph, MO area myself for 40 years and have interacted with Mr. Dragoo and his Business on multiple occasions.

He has always been a consummate professional and someone I would trust wholeheartedly.

I would like to let this letter serve as my personal and professional recommendation for Mr. Steve Dragoo and his character as a Law-Abiding Citizen.

Respectfully submitted,

Jerry P. Gentry



**RENSENHOUSE**

INDUSTRIAL SOLUTIONS NETWORK

**JERRY GENTRY**
ACCOUNT MANAGER

MANUFACTURING BUILDS STRONG COMMUNITIES &
WE BUILD STRONG MANUFACTURERS

E-Mail: jerryg@rensenhouse.com
Mobile: (816)-344-1763
Office: 816-364-6031 ext 111

October 5, 2023

To the Honorable Bruce Castor/Court:

    It has been our privilege to know Steve and Kim Dragoo and their families since childhood.  We can attest to the fact that from their younger years to the present, they have always conducted themselves in an upright manner, well within all legal boundaries established by law.  Steve is the owner and operator of a union electrical company with a stellar reputation in our community and is well respected for his extensive knowledge and prompt attention to all the mechanical and financial aspects of this business.  Steve is well known for helping those in need with an attitude of allowing people to pay him when they are financially able.

    For many years, Kim operated an independent hair salon and tanning business.  She is active in community affairs and is a staunch supporter of St. Joseph, Mo.  The Dragoos are also actively involved in their local church and Steve continues to teach a Men's Sunday School class to the present.  We are privileged to call them friends and they have always been good examples for all within their sphere of business associations, family, and friends.

Respectfully submitted,

Bob & Michele Beamon



October 13, 2023

To Whom it May Concern,

My name is Kenneth C. Borden, and I am the Executive Director of the Kansas City Chapter of the National Electrical Contractors Association. I know Steve Dragoo from his participation in my organization and as a friend. Steve has served as our St. Joseph Division Chairman and as a Board of Director for over fifteen (15) years and has done so honorably.

In my experience, Steve has always conducted himself in a professional manner. I have witnessed him manage situations that required understanding, compassion, empathy, and strong moral character. The one thing I have never witnessed is behavior that would lead me to believe Steve would do anything unlawful or immoral. I can attest to Steve's faith in God, his knowledge of good from bad and right from wrong. I cannot fathom why he would be judged as something other than an upstanding, law-abiding citizen.

I am available to discuss my opinion further should anyone wish to do so.

Respectfully,

Kenneth C. Borden
Executive Director
Kansas City Chapter, NECA
816.645.1565

October 17, 2023

# LETTER OF CREDIBILITY RE STEVEN DRAGOO

Dear Bruce L. Castor Jr.,

I am writing this letter in reference to my life long friend and business associate Steven (Buck) Dragoo. I've known Buck for 55 plus years, growing up 4 blocks away from each other, going to the same high school, and both of us working together on various Construction and Engineering projects. I feel that it is an easy task to vouch for his credibility. I've watched my friend develop through life from a Union Electrician, to Job Superintendent, to Business Owner, but most importantly a genuine good person and a Christian man. Buck and his wife is respected by our Community, and have been a positive influence to those surrounded by them.

If there is any discussion needed regarding the above, feel free to call me at 816.596.0513.

Sincerely,

*Edward Helsel*
Edward Helsel

**Buck Dragoo**

| | |
|---|---|
| From: | Mike Kovac <mikekovacmail@gmail.com> |
| Sent: | Thursday, October 5, 2023 4:56 PM |
| To: | Buck Dragoo |
| Subject: | Great person |

I'm Mike Kovac, I've known Steve Dragoo practically my whole life he is a great friend and a fine citizen never know Steve to break the law I would trust him with my life . Thank you for accepting this opportunity to speak about Steve .
Mike K

**Buck Dragoo**

Subject: FW: Fw: Kim Dragoo

From: Kimberly Dragoo <kimdragoospa@gmail.com>
Sent: Tuesday, October 17, 2023 3:34 PM
To: Buck Dragoo <buck@actionelectricstjoe.com>
Subject: Fwd: Fw: Kim Dragoo

---------- Forwarded message ---------
From: **janelle embrey** <janelleembrey@yahoo.com>
Date: Tue, Oct 17, 2023, 3:24 PM
Subject: Fw: Kim Dragoo
To: <kimdragoospa@gmail.com>
Sent from Yahoo Mail for iPhone
Begin forwarded message:

On Tuesday, October 17, 2023, 3:02 PM, janelle embrey <janelleembrey@yahoo.com> wrote:

Hello,
First, let me start this off by saying it is my pleasure to share with you what I know of Kim.
No, I don't attend church with her, nor was I her teacher and I am not a lifelong friend unfortunately. What I am is a member of the community she lives in and have had the pleasure of witnessing all of the things she has done to help make this community a better place.
About nine years ago I had a serious l life-threatening issue that needed fundraising, I had to travel to receive the care. The funds were desperately needed. I had no idea who Kim was, but without hesitation, Kim donated generously to my cause, you don't get people like that often.
Then, when the powers that be wanted to eliminate our three high school city, to gobtoba mega school Kim single-handedly organize a group that got through to the community and the Board of Education just how important this city felt about keeping its neighborhood schools and the history that went hand-in-hand with them.
But Kim's service to the community didn't stop there. Our south end of town was devastated by a flood waters. While help with slow to come from the city or county officials, Kim took it upon herself to go deliver pizzas to the many neighborhoods, who were full of people trying to salvage homes and belongings. It was nothing to see Kim get out and help these people move or clean up their belongings while delivering the pizzas.,
When our city shut down the city pools, it was Kim who opened up her own pool in the backyard to any, and every child who wanted to come cool off.
With these examples, it's just the tip of the iceberg who Kim is. Kim is a prime example of what it is to be a good neighbor, community member and friend.
Like I said in the beginning, I don't have a fancy title or a high-level job. I'm just a member of a community who has seen Kim go out of her way to make the place I live a better place. I'm thankful that she is part of my community.

Sincerely
Janelle Embrey

1