UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KIMBERLY DRAGOO, *et al*

Defendant.

Case No. 23-cr-126 (BAH)

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America respectfully moves this Court to continue the sentencings for Kimberly Dragoo and Steven Dragoo, which are currently scheduled for December 1, 2023.

Before filing this motion, the government has spoken with defense counsel Bruce Castor, and the defendant does not oppose this motion.

The parties respectfully request that the Court continue the sentencing hearing to the **afternoon of January 26, 2024** to accommodate Mr. Caster's travel schedule.

WHEREFORE, the government respectfully requests that the Court grant this unopposed motion for a continuance of the Dragoos' sentencing hearing and adjust the date for Sentencing Memorandum in accordance with the applicable rules.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ *Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov

1

## CERTIFICATE OF SERVICE

    On November 21, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing System.

                        By:    */s/ Kyle M. McWaters*
                                 Kyle M. McWaters
                                 Assistant United States Attorney