# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KIMBERLY DRAGOO,** *et al*<br><br>**Defendant.** | Case No. 23-cr-208 (BAH) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America respectfully moves this Court to continue the sentencings for Kimberly Dragoo and Steven Dragoo, which are currently scheduled for January 26, 2024.

Before filing this motion, the government has spoken with defense counsel Bruce Castor, and the defendant does not oppose this motion.

The parties respectfully request that the Court continue the sentencing hearing to the **afternoon of April 12, 2024** to accommodate Mr. Caster's travel schedule.

WHEREFORE, the government respectfully requests that the Court grant this unopposed motion for a continuance of the Dragoos' sentencing hearing and adjust the date for Sentencing Memorandum in accordance with the applicable rules.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    */s/ Kyle M. McWaters*
         Kyle M. McWaters
         Assistant United States Attorney
         D.C. Bar No. 241625
         601 D Street NW
         Washington, DC 20003
         (202) 252-6983
         kyle.mcwaters@usdoj.gov

## CERTIFICATE OF SERVICE

On January 5, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing System.

                By:    */s/ Kyle M. McWaters*
                        Kyle M. McWaters
                        Assistant United States Attorney