UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 23-cr-208 (BAH) |
| KIMBERLY DRAGOO and STEVEN DRAGOO, | |
| Defendants. | |

# UNITED STATES' EXHIBIT LIST

The United States has identified the following exhibits for potential use at the Sentencing Hearing in the above captioned matter.

| Exhibit No. | Description / Timestamp of Defendant's Appearance | Length |
|---|---|---|
| A | Compilation of Kimberly Dragoo's Facebook posts, photos, and comments | n/a |
| B | Video from Kimberly Dragoo's Facebook – video contains images of the restricted perimeter and a brief view of the defendant at 00:48. Video also contains defendant's commentary regarding the riot. | 2:32 |
| C | Video from Kimberly Dragoo's Facebook – video contains images of the restricted perimeter. | 0:25 |
| D | Video from Kimberly Dragoo's Facebook – video displays clear shots of "Area Closed" signs, as well as police officers guarding outside perimeter of the restricted area. Signs visible at beginning of video. Defendant's commentary quoted in the government's sentencing memo begins at 0:15. | 3:01 |
| E | Video from Kimberly Dragoo's Facebook – video also displays clear shots of "Area Closed" signs. Defendant's commentary quoted in the government's sentencing memo begins at 0:12 and goes to 0:31. | 2:56 |
| F | Photo of Kimberly Dragoo climbing through Senate Wing Door window. | n/a |
| G | Capito CCV footage depicting Kimberly and Steven Dragoo climbing through Senate Wing Door window. Defendants appear at 00:00 on the right side of the screen and exit through the Senate Wing Door at 0:31. | 1:00 |
| H | Capito CCV footage depicting Kimberly and Steven Dragoo's second entrance into the Capitol through Senate Wing Door. Defendants appear at 1:28 entering the Senate Wing Door. | 2:00 |
| I | Screenshot of Kimberly Dragoo's Facebook page. | n/a |

| Exhibit No. | Description / Timestamp of Defendant's Appearance | Length |
|---|---|---|
| J | Video submitted by concerned citizen depicting comments made by Kimberly Dragoo regarding her views of January 6, 2021 | 0:44 |
| K | Redacted email chain and Facebook posts submitted by concerned citizen depicting comments made by Kimberly Dragoo regarding her views of her own behavior on January 6, 2021. | n/a |
| L | Redacted email chain submitted by concerned citizen depicting comments made by Kimberly Dragoo regarding her behavior on January 6, 2021. Dragoo's comments are on page 2 of the PDF, the entire email chain is provided for context. | n/a |

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov