UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIMBERLY DRAGOO and<br>STEVEN DRAGOO,<br><br>　Defendants. | Case No. 23-cr-208 (BAH) |

**PARTIES' JOINT STATUS REPORT REGARDING SENTENCING EXHIBITS**

The United States and Counsel for the defendants jointly file this status report in response to the Court's Minute Order of April 11, 2024. The Parties have no objection to the public release of the video exhibits in the government's exhibit list: Exhibits B-E, G, and H.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　MATTHEW M. GRAVES
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　DC Bar No. 481052

By:　　*/s/ Kyle M. McWaters*
　　　　Kyle M. McWaters
　　　　Assistant United States Attorney
　　　　D.C. Bar No. 241625
　　　　601 D Street NW
　　　　Washington, DC 20003
　　　　(202) 252-6983
　　　　kyle.mcwaters@usdoj.gov


　　　　*/s/ Bruce Castor*
　　　　Bruce L. Castor, Jr.
　　　　*Attorney at Law*
　　　　van der Veen, Hartshorn, Levin, & Lindheim
　　　　1219 Spruce St.
　　　　Philadelphia, PA 19107
　　　　(215) 546-8529
　　　　bcastor@mtvlaw.com

1